# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                   No. 4:09CR00307 JLH

THOMAS DAY                                                        DEFENDANT

## ORDER

Without objection, Thomas Day's motion for early termination of probation is GRANTED.

Document #12. Thomas Day's probation is hereby terminated.

IT IS SO ORDERED this 29th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE